IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC D. FANT, | ) | 8:14CV389 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA | ) | |
| DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

On July 2, 2015, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. On July 28, 2015, the court extended the time in which Plaintiff had to file the amended complaint to September 3, 2015. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 7th day of October, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge